

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED

SEP 2 5 2007

CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA,

    v.

RUBEN LUIZ SANCHEZ,

                Defendant.

CRIMINAL NO. 2:07cr125

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING

    Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Count One, as amended, of the indictment is now ACCEPTED and the defendant is ADJUDGED GUILTY of such offense. Sentencing is hereby scheduled for November 15, 2007, at 10:00 a.m.

    The Clerk is DIRECTED to forward a copy of this Order to counsel for defendant and to the Assistant United States Attorney.

    IT IS SO ORDERED.

                    /s/
                  Rebecca Beach Smith
                  United States District Judge

                  Rebecca Beach Smith
                  UNITED STATES DISTRICT JUDGE

Norfolk Virginia
September 25, 2007